

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-19-00517-CV

Victor Jimenez **MORENO** and Lidia C. Moreno,
Appellants

v.

**LGAG REALTY PARTNERS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07564
Honorable David A. Canales, Judge Presiding

# O R D E R

Luis Duran, Jr.'s notification of late record is hereby NOTED. The reporter's record is due on or before October 21, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk